NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS

### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

LEON LANKFORD BAILEY, JR., *Petitioner*.

No. 1 CA-CR 24-0066 PRPC

FILED 02-25-2025

Petition for Review from the Superior Court in Maricopa County
No. CR2022-140097-001
The Honorable Kerstin G. LeMaire, Judge

**AFFIRMED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Robert E. Prather
*Counsel for Respondent*

Leon Lankford Bailey, Jr., San Luis
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Brian Y. Furuya, Chief Judge David B. Gass and Vice Chief Judge Randall M. Howe delivered the decision of the court.

---

PER CURIAM:

**¶1**         Petitioner Leon Lankford Bailey, Jr. seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's first petition.

**¶2**         Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**         We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review and reply. Petitioner has not established an abuse of discretion.

**¶4**         We grant review but deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:        JR